No. 635.  EL PUEBLO, APELADO, *v.* BRAVO, APELANTE.—Ape-
lación procedente de la Corte de Distrito de Mayagüez.  Re-
suelto en noviembre 12, 1913.  Confirmada la sentencia ape-
lada.  Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*  El
apelante no compareció.

---

No. 109.  HERNÁNDEZ, PETICIONARIO *v.* HUTCHISON, JUEZ DE
DISTRITO, DEMANDADO.—Solicitud para que se expida manda-
miento de *certiorari* al Juez de la Corte de Distrito de Maya-
güez.  Resuelto en noviembre 13, 1913.  Denegada la expe-
dición del mandamiento de *certiorari* por no aparecer que
se haya infringido regla alguna de procedimiento por la corte
inferior.  El peticionario compareció en nombre propio.  El
demandado no compareció.

---

No. 641.  EL PUEBLO, APELADO, *v.* DÍAZ ET AL., APELANTES.—
No. 642.  EL PUEBLO, APELADO, *v.* MALABÉ, APELANTE.—
Apelaciones procedentes de la Corte de Distrito de Gua-
yama.  Resueltas en noviembre 18, 1913.  Confirmadas las
sentencias apeladas.  Abogado del Pueblo: *Sr. Charles E.
Foote, Fiscal.*  La parte apelante no compareció.